UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SOON YEE LEE ,

                        Plaintiff,              Case No.: CV 15-4160 (KAM)(PK)

    -against-

ASIANA AIRLINES, INC.

                        Defendant.

---------------------------------------------------------X

## ORDER TO PRODUCE DISCOVERY AND PROTECTIVE ORDER

Plaintiff has moved to compel defendant to produce the names of the passengers who were seated in rows 10, 11, 12 and 13 on board Asiana Airlines Flight No. OZ222 on May 23, 2015. Defendant has objected to the production of these names on the grounds that such production is prohibited by Korean law as set forth in the Korean Personal Information Protection Act. After having considered the parties' arguments:

IT IS HEREBY ORDERED THAT:

1. Defendant will provide to counsel for plaintiff a list of the names of the passengers who were seated in rows 10, 11, 12 and 13 on board Asiana Airlines Flight No. OZ222 on May 23, 2015 (the "Names").

2. The Parties and their counsel shall treat the Names as Confidential, and shall not disclose the Names to any person or entity other than the following:

    a.    the Parties;

    b.    counsel of record, and office personnel of counsel of record, for the Parties;

    c.    the trier of fact;

      d.      the Court and persons employed by the Court in connection with the handling of this action; and

3.      The Names shall be used solely for the purpose of this lawsuit and any appellate proceeding in this action and not for any other purpose.

4.      The termination of proceedings in this action shall not thereafter relieve any person to whom the Names were disclosed from the obligation of maintaining the confidentiality of such information in accordance with the provisions of this Agreement.

Dated: Brooklyn, New York
September 28, 2016

SO ORDERED:

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge